# UNITED STATES DISTRICT COURT

for the

District of Arizona

_____ Division



FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT - 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Angela Dawn Dowling
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

National Credit Union,
Navy Federal Investment
Servies,
Navy Credit Union
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   CV-24-00490-TUC-CKJ

_(to be filled in by the Clerk's Office)_

## COMPLAINT AND REQUEST FOR INJUNCTION

I.   **The Parties to This Complaint**   "In person"

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Angela Dawn Dowling |
| Street Address | 34 Webster Street |
| City and County | North Arlington, New Bergan |
| State and Zip Code | New Jersey, 07031 (Daughter) |
| Telephone Number | 979-288 8659 / 201-702-3524 |
| E-mail Address | 2805aaj@gmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

Name — National Credit Union adminstration

Job or Title *(if known)*

Street Address

City and County — Unknown

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — District of Columbia

Job or Title *(if known)*

Street Address

City and County — Unknown

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — Dietrich Kuhlmann

Job or Title *(if known)* — President & CEO Navy Credit Union

Street Address

City and County — Unknown

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Edward R. Cochrane

Job or Title *(if known)* — Chairman Navy Credit Union

Street Address

City and County — Unknown

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant 5. Ryan Mc Inerney Ceo Visa

Unknown

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Bank theft, Bank Fraud, Credit Fraud, Fraud documents, Visa Fraud

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* Angela Dawn Dowling is a citizen of the State of *(name)* New Jersey, Texas.

   b.    If the plaintiff is a corporation     Angela Dawn Perez Dowling
   The plaintiff, *(name)* None , is incorporated under the laws of the State of *(name)* None
   and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* None , is a citizen of
   the State of *(name)* None . Or is a citizen of
   *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:



## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Today Oct 1, 2024 on phone
Bank in ~~See~~ Sierra Vista      1888·842·6328
Arizona
Bank theft, Fraud processing, claims in Phoenix

B. What date and approximate time did the events giving rise to your claim(s) occur?

? ? pass 3 months
July, Aug, Sept.
opened 3 months ago

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Navy Credit Union hold on Credit Card
   - Unlawfully
2. Bank theft
3. Credit Fraud
4. Claim Fraud process.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

888 · 842 · 6328 ? From qnq.

Stalking, Harassment wiring car 288·8659 Crimial act theft Bank theft acaj2805@ gmaii.com Credit Fraud, Fraud Court papers sent ? to Banc 38 South Scott Tucson, AZ possible identity theft in question 520·202·7500 ? ? ? ?

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Report Credit Union Credit Consumers
2. Restore Credit Card.
3. Track Down Bank Fraud / theft.
4. Refund all trans actions account since opened 3 months
5. Recover stolen money from Banker / System.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Oct 4, 2024        1214

Signature of Plaintiff

Printed Name of Plaintiff    Angela Dawn Dowling
Ananda Dawn Perez Dowling

### B.    For Attorneys

Date of signing:    process

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address